UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CASPER MIKKELSEN, a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller," <br><br> Defendant. | CIVIL ACTION NO: 1:20-cv-03833 <br><br> Certificate of Service |

I, Xavier Romeu-Matta, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

## I.  SUMMARY

1. I am an attorney of record for Plaintiff in the above-captioned matter.

2. On May 18, 2020, I filed a complaint in the above-captioned matter with the Court via ECF. *See* ECF No. 1.

3. On June 29, 2020, I placed a copy of the following documents in the above-captioned matter in a sealed mailing envelope and gave that envelope to DHL International, an international shipping and courier delivery service and a non-party to this action that uses couriers of at least 18 years of age, bearing tracking/waybill number 4707250866 and/or reference number 63647095, and addressed it to Casper Muller, Defendant's new legal name: the Summons and Complaint, the Notice of Pretrial Conference, and the Court's Individual Rules of Practice in Civil Cases ("Documents").

1

4. On July 1, 2020, DHL personally served Casper Muller with the Documents bearing tracking/waybill number 4707250866 and/or reference number 63647095. *See* attached Exhibits A, B, and C.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th of August, 2020.

/s/ Xavier Romeu-Matta

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Certificate of Service was mailed on August 11, 2020 to Casper Mikkelsen/Casper Muller in Denmark via DHL International.

/s/ Xavier Romeu-Matta