

# Delivered - Signed for by: CASPER MULLER

July, 01 2020 09:42 Local time | KOLDING

This shipment is handled by: **DHL Express**
Tracking Code: 4707250866

**NEW YORK, NY - NEW YORK - USA**
↓
**BILLUND - KOLDING - DENMARK**

## More Shipment Details

## All Shipment Updates

Tuesday
**July, 01 2020**

**09:42 Local time | Delivered - Signed for by: CASPER MULLER**
KOLDING

Tuesday
**July, 01 2020**

**08:36 Local time | With delivery courier**
BILLUND - DENMARK

**07:09 Local time | Arrived at Sort Facility BILLUND - DENMARK**
BILLUND - DENMARK

**06:30 Local time | Departed Facility in BILLUND - DENMARK**
BILLUND - DENMARK

**05:58 Local time | Transferred through BILLUND - DENMARK**
BILLUND - DENMARK

**05:06 Local time | Departed Facility in LEIPZIG - GERMANY**
LEIPZIG - GERMANY

**03:58 Local time | Processed at LEIPZIG - GERMANY**
LEIPZIG - GERMANY

**03:05 Local time | Arrived at Sort Facility LEIPZIG - GERMANY**
LEIPZIG - GERMANY

Monday
**June, 30 2020**

**23:02 Local time | Departed Facility in EAST MIDLANDS - UK**
EAST MIDLANDS - UK

**23:00 Local time | Transferred through EAST MIDLANDS - UK**
EAST MIDLANDS - UK

**07:54 Local time | Departed Facility in NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA

**04:14 Local time | Processed at NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA

Sunday
# June, 29 2020

**22:56 Local time | Arrived at Sort Facility NEW YORK CITY GATEWAY - USA**
NEW YORK CITY GATEWAY, NY - USA

**22:12 Local time | Departed Facility in NEW YORK - USA**
NEW YORK, NY - USA

**21:53 Local time | Processed at NEW YORK - USA**
NEW YORK, NY - USA

**17:24 Local time | Shipment picked up**
NEW YORK, NY - USA

Close