| | |
|---|---|
| **From:** | dkkundeservice@dhl.com |
| **To:** | Romeu-Matta, Xavier |
| **Subject:** | [EXTERNAL] DHL Express - Courier at DHL << Reference ID: 63647095 >> |
| **Date:** | Thursday, August 6, 2020 10:37:55 AM |
| **Attachments:** | COVID-19_2020_Time1585130796704.png |

Dear Xavier

Thank you for your inquiry

In order to work as a courier with DHL Express Denmark you need to have a drivers license and it's not possible to accquire said licens in Denmark before the age of 18.
Therefore it's given that all our couriers driving around delivering shipments and parcels for us in Denmark are all above the age of 18 also.

Med venlig hilsen / Best Regards

**Søren Birkov**
DK Contact Centre Advisor

**DHL Express (Denmark) A/S**
Jydekrogen 14
2625 Vallensbæk
Danmark

Phone: +45 70 345 345
Tast 1: Booking (Mandag-Fredag 8-17)
Tast 2: Tracking ((Mandag-Fredag 8-17)

E-mail: dkkundeservice@dhl.com
Website: www.dhl.dk/express

**DHL Express – Excellence. Simply delivered.**

Deutsche Post DHL Group

This message is from DHL Express Denmark and may contain confidential business informa¬tion. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this email and its attachments is strictly prohibited.

*GOGREEN – Environmental protection with DHL*
Please consider your environmental responsibility before printing this email.