# Lakota, Michael

| | |
|---|---|
| **From:** | Honey Joy Andres (DHL US) <honey_joy.andres@dhl.com> |
| **Sent:** | Monday, July 20, 2020 4:39 PM |
| **To:** | Romeu-Matta, Xavier |
| **Cc:** | US CS Documents; Angelica Arroyo (DHL US) |
| **Subject:** | [EXTERNAL] DHL Waybill Number 4707250866 |

Hello Xavier,

Good day!

I am following up with you about your shipment with waybill number 4707250866. We do apologize for the late follow up. Please be advise that as per our station in Denmark, the shipment has been delivered without a signature as our courier were avoiding physical contact due to Covid-19. However, the person who received the shipment identified themselves to be a CASPER MULLER.

We do apologize for the inconvenience and appreciate your patience in allowing us to resolve this issue on your shipment. I will now go ahead and close our file with no further action. Should you have any questions or inquiries, you can contact us at 877-297-6031.

Thank you for choosing DHL Express.

Best Regards,

**Honey Andres**
Customer Care Research Specialist

**DHL Express, USA**
1910 W Rio Salado Pkwy
Tempe, AZ 85281
USA

Main: +1-(877)-297-6031
Fax: +1-480-366-6911

www.dhl-usa.com








This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.

**GOGREEN**- Climate Protection with DHL
Please consider your environmental responsibility before printing this E-Mail.

CONFIDENTIALITY NOTICE: This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.