UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITIES FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>CASPER MIKKELSEN, *also known as* Carsten Nielsen, *also known as* Brian Thomson, *also known as* Thomas Jensen, *also known as* Casper Muller,<br><br>                    Defendant. | 20 Civ. 3833 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 11, 2020, and August 12, 2020, counsel for Plaintiff incorrectly filed certificates of service in this matter. (Dkt. #20, 21). On August 13, 2020, counsel for Plaintiff correctly filed the certificate of service. (Dkt. #22). Accordingly, the Clerk of Court is respectfully requested to strike Docket Entries 20 and 21 from the docket in this case and seal them from public view.

SO ORDERED.

Dated: August 14, 2020
       New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge