```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
COMMODITY FUTURES TRADING COMMISSION,  :
:
Plaintiff,  :
:   20-CV-3833 (JPC)
-v-  :
:   NOTICE OF
CASPER MIKKELSEN, *also known as* Carsten Nielsen,  :   REASSIGNMENT
*also known as* Brian Thomson, *also known as* Thomas  :
Jensen, *also known as* Casper Muller,  :
:
Defendant.  :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.

SO ORDERED.

Dated: October 17, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge