**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile:  (646) 746-9940

Division of
Enforcement

January 22, 2021

**LETTER MOTION**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

**RE:** Commodity Futures Trading Commission v. Casper Mikkelsen a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller," Defendant, Civil Action 1:20-cv-03833, Hon. John P. Cronan

Honorable Judge Cronan,

I am a trial attorney at the Division of Enforcement of the United States Commodity Futures Trading Commission and I am an attorney of record in the above-referenced case.

As required by your Order of December 21, 2020, I filed default judgment papers on January 21, 2020. Inadvertently, I failed to file a proposed default judgment even though I had prepared one for filing.  The time to file default judgment papers was January 21, 2021.

Accordingly, I respectfully seek leave of Court to file the proposed default judgment.

Respectfully Submitted,

*/s/Xavier Romeu-Matta*
Xavier Romeu Matta
Trial Attorney
Division of Enforcement
(202) 352-0099
Xromeu-matta@cftc.gov

Cc:   Casper Mikkelsen/Casper Muller, with exhibits
Steve Ringer, Chief Trial Attorney
James Wheaton, Senior Trial Attorney

Judith M. Slowly, Futures Trading Investigator
Casper Mikkelsen/ Casper Muller

Plaintiff's request is GRANTED. Plaintiff shall file a proposed default judgment by January 26, 2021. All other deadlines remain the same.

SO ORDERED.

Date: January 22, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge