UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>CASPER MIKKELSEN, a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller,"<br><br>     Defendant. | 20-cv-3833 (JPC)<br><br>**Proof of Service** |

I, Judith M. Slowly, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

## I. SUMMARY

1. I am a Futures Trading Investigator in the above-referenced litigation.

2. On May 18, 2020, Xavier Romeu-Matta filed a complaint for the above-captioned matter with the Court via ECF. *See* ECF No. 1.

3. This Court issued an order on June 1, 2021 ("Order") and instructed Plaintiff to serve a copy of said Order on Defendant within two business days of the date of the Order. *See* ECF No. 48.

4. On June 2, 2021, I gave a copy of the Order in the above-captioned matter to an employee of an authorized shipper for DHL International. DHL International is an international shipping and courier delivery service, and a non-party to this action, that uses couriers of at least 18 years of age. The employee placed a copy of the Order into a DHL letter envelope bearing

1

tracking/waybill number 3223240123, addressed to Casper Mikkelsen / Casper Muller, Defendant's new legal name.

      5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd of June, 2021.

                                        /s/ Judith M. Slowly