**U.S. COMMODITY FUTURES TRADING COMMISSION**

140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of Enforcement

June 10, 2021

**LETTER-MOTION**
**BY ECF AND EMAIL**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

RE:   Commodity Futures Trading Commission v. Casper Mikkelsen a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller," Defendant, Civil Action 1:20-cv-03833, Hon. John P. Cronan

Honorable Judge Cronan,

I am a trial attorney at the Division of Enforcement of the United States Commodity Futures Trading Commission ("Commission") and I am an attorney of record in the above-referenced case.

On June 1, 2021, your honor ordered the Commission to submit a letter-brief of "no more than five pages in length addressing whether service by mail is authorized under Danish law" and other related issues. Your honor noted that if the Commission requires additional time to submit the letter-brief and any accompanying materials, it can request an extension "pursuant to 3.B of the Court's Individual Rules of Practices in Civil Cases." ("Court Rules").

Pursuant to the Court Rules, the Commission respectfully requests a 60-day extension of time from the original deadline for submission of June 15, 2021 to August 15, 2021. We seek this extension of time in order to conduct additional research and consult with an expert in Danish law to support our additional briefing. The Commission represents that the process of identifying, hiring, and funding a contract for an appropriate expert as well as the expert's actual consultant work will take approximately 60 days to complete. The Commission has not previously requested an adjournment or extension of time to submit this letter-brief and thus this Court has neither granted nor denied any requests from the Commission regarding this letter-brief. Furthermore, since neither Defendant nor his counsel has appeared in this action and Defendant is now subject to a pending default judgment motion for failing to defend and/or

June 10, 2021
Page 2

answer the complaint, neither defendant nor his counsel has consented or objected to this extension of time requested by the Commission.

    Accordingly, the Commission respectfully requests that the court grant a 60-day extension of time for the Commission to file its letter-brief to August 15, 2021.

                                Respectfully Submitted,

                                /s/ Xavier Romeu-Matta
                                Trial Attorney
                                Division of Enforcement
                                (202) 352-0099
                                Xromeu-matta@cftc.gov


Cc:    Casper Mikkelsen/ Casper Muller