# EXHIBIT A

# The Danish Administration of Justice Act, section 155:

**155(1)** Service of the document to be served accompanied by any exhibits can be effected as follows:
1) by forwarding or handing over the document to the person concerned, who upon service is requested to acknowledge receipt by signing a counterpart of the document, or, if service is made on the insistence of the Court or the Public Prosecutor, by signing a special acknowledgement of receipt of service (service by letter);
2) by digital communication where the document is made available to the person concerned, who at the same time is requested to acknowledge receipt (digital service);
3) by forwarding the document to a digital mailbox used for secure digital communication with the public authorities, thereby making the document available to the person concerned (simplified digital service);
4) by forwarding the document to the person concerned by letter as recorded delivery (service by mail);
5) by a writ server or another authorised person handing over the document to the person concerned, cf. sections 57 and 58, (service by writ server); or
6) by telephone to the person concerned, who before or after the telephone call will receive by mail or personal delivery the document and subsequently receive by post confirmation of service (service by telephone).

**155(2)** Service pursuant to subsection 1, paras 1-5, can be used for service to companies, associations, foundations and estates, etc. (legal persons), cf. section 157 a.

# The Danish Administration of Justice Act, section 163:

**163(1)** Service is valid even if the notice is not brought to the knowledge of the person concerned.
**163(2)** If the document to be served has been received by the person concerned, the document is regarded as having been served, although service was not effected in compliance with the rules set out in sections 155-157a.

# Executive order no. 816 of 25 June 2013, section 10:

In the event of service by mail, the envelope by which the counterpart of the notice to be served together with any appendices, and which is handed over for delivery by mail, must be clearly marked »service by mail«. Furthermore, a duly completed service by mail form must be attached.



# Retsplejelovens § 155:

Stk. 1. Forkyndelse sker, ved at den meddelelse, der skal forkyndes, med eventuelle bilag
1) sendes eller afleveres til den pågældende, der samtidig anmodes om at bekræfte modtagelsen på en genpart af dokumentet eller, hvis forkyndelsen foretages ved rettens eller anklagemyndighedens foranstaltning, et særligt modtagelsesbevis (brevforkyndelse),
2) ved digital kommunikation gøres tilgængelig for den pågældende, der samtidig anmodes om at bekræfte modtagelsen (digital forkyndelse),
3) gøres tilgængelig for den pågældende i en digital postkasse, der anvendes til sikker digital kommunikation med det offentlige (forenklet digital forkyndelse),
4) sendes til den pågældende i brev med afleveringsattest (postforkyndelse),
5) afleveres til den pågældende af en stævningsmand eller en anden dertil bemyndiget, jf. §§ 57 og 58, (stævningsmandsforkyndelse) eller
6) telefonisk gives den pågældende, der forinden eller efterfølgende får tilsendt eller overdraget dokumentet og efterfølgende får tilsendt en bekræftelse på forkyndelsen (telefonforkyndelse).
Stk. 2. Forkyndelse efter stk. 1, nr. 1-5, kan anvendes, når der skal ske forkyndelse for selskaber, foreninger, fonde og boer m.v. (juridiske personer), jf. § 157 a.

# Retsplejelovens § 163

Stk. 1. En forkyndelse er gyldig, selv om meddelelsen ikke kommer til vedkommendes kundskab.
Stk. 2. Er det dokument, der skal forkyndes, kommet vedkommende i hænde, anses forkyndelse for sket, selv om forkyndelsen ikke er foretaget i overensstemmelse med reglerne i §§ 155-157 a.

# BEK nr 816 af 25/06/2013, § 10:

Ved postforkyndelse skal den kuvert, i hvilken genparten af den meddelelse, der skal forkyndes, med eventuelle bilag overgives til postafsendelse, tydelig være påtegnet ordet »postforkyndelse«. Der skal endvidere vedlægges en blanket om postforkyndelse i udfyldt stand.



I, Lene Tønnesen, hereby certify that the attached document, translated from Danish to English, to the best of my knowledge and belief, is a true, accurate, and complete translation of the following document:

- Retsplejelovens § 155, Retsplejelovens § 163 and BEK nr 816 af 25/06/2013, §10.

4 August 2021



Gorrissen Federspiel