**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CASPER MIKKELSEN, a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller," <br><br> Defendant. | 1:20 Civ. 03833 (JPC) <br><br> [PROPOSED] CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned, a Trial Attorney with Plaintiff Commodity Futures Trading Commission, hereby certifies that on December 7, 2021, true and accurate copies of the foregoing Request for Certificate of Default, Declaration of Xavier Romeu-Matta In Support of Request for Certificate of Default, and [Proposed] Certificate of Service were mailed to Defendant's residential address in Kolding, Denmark via DHL International.

Dated: December 7, 2021
New York, New York 10005

                                          Respectfully submitted,

                                */s/ Xavier E. Romeu-Matta*
                                Xavier Romeu-Matta, *pro hac vice*
                                Registration number: 2416253 (New York)
                                Commodity Futures Trading Commission
                                Division of Enforcement
                                140 Broadway, 19th Floor
                                New York, NY 10005
                                xromeumatta@cftc.gov
                                (646) 746-9700
                                (646) 746-9831 (direct)
                                (646) 352-0099 (cell)