UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>CASPER MIKKELSEN, a/k/a "Carsten Nielsen, a/k/a "Brian Thomson," "a/k/a "Thomas Jensen" and a/k/a "Casper Muller,"<br><br>                    Defendant. | Case No. 1:20-cv-03833  (JPC)<br><br>ECF Case |

## NOTICE OF MOTION FOR FINAL JUDGMENT BY DEFAULT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTIES, AND OTHER STATUTORY AND EQUITABLE RELIEF

PLEASE TAKE NOTICE that the Commodity Futures Trading Commission (the "Commission") moves this Court, pursuant to Section 6c of the Commodity Exchange Act, 7 U.S.C. § 13a-1 (2018), for entry of a Final Judgment by Default, Permanent Injunction, Civil Monetary Penalties, and Other Statutory and Equitable Relief Against Defendant Casper Mikkelsen, a/k/a "Carsten Nielsen, a/k/a "Brian Thomson," "a/k/a "Thomas Jensen" and a/k/a "Casper Muller" ("Casper Mikkelsen").

In support of its motion, the Commission respectfully attaches the Declaration of James G. Wheaton in Support of Proposed Final Judgment by Default; the Declaration of Judith M. Slowly in Support of Proposed Final Judgment by Default, with Exhibits; and the [Proposed] Final Judgment by Default, Permanent Injunction, Civil Monetary Penalties, and Other Statutory and Equitable Relief ("Proposed Order"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil

1

Procedure, Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Rule 16.3(b) of the Electronic Case Filing Rules & Instructions for the Southern District of New York, and Rule 3.F. of this Court's Individual Rules and Practices,

    For the foregoing reasons, the Commission respectfully requests that the Court enter the Proposed Order against Defendant Casper Mikkelsen.

Dated: New York, NY
       December 16, 2021

                              Respectfully submitted,

                              */s/ Xavier Romeu-Matta*
                              Xavier Romeu-Matta
                              Trial Attorney
                              202-352-0099 (cell)
                              646-660-5796 (cell)
                              646-746-9831 (office)
                              xromeu-matta@cftc.gov

                              James G. Wheaton
                              Senior Trial Attorney
                              jwheaton@cftc.gov

                              Steven Ringer
                              Chief Trial Attorney
                              sringer@cftc.gov

                              Manal Sultan
                              Deputy Director

                              Commodity Futures Trading Commission
                              140 Broadway 19th Floor
                              New York, NY 10005
                              (646) 746-9700

                              *Attorneys for Plaintiff*
                              *Commodity Futures Trading Commission*