| Client | Amount Invested | Amount Returned | Excess Amount Returned | Restitution Owed | % of total |
|---|---|---|---|---|---|
| Client 1 | $300,000.00 | ($105,000.00) | | $195,000.00 | 16.37% |
| Client 2 | $9,490.00 | $0.00 | | $9,490.00 | 0.80% |
| Client 3 | $7,990.00 | ($5,000.00) | | $2,990.00 | 0.25% |
| Client 4 | $20,000.00 | $0.00 | | $20,000.00 | 1.68% |
| Client 5 | $2,000.00 | $0.00 | | $2,000.00 | 0.17% |
| Client 6 | $3,938.00 | ($2,000.00) | | $1,938.00 | 0.16% |
| Client 7 | $1,980.00 | $0.00 | | $1,980.00 | 0.17% |
| Client 8 | $2,480.00 | $0.00 | | $2,480.00 | 0.21% |
| Client 9 | $61,252.20 | $0.00 | | $61,252.20 | 5.14% |
| Client 10 | $14,980.00 | ($5,000.00) | | $9,980.00 | 0.84% |
| Client 11 | $1,976.00 | $0.00 | | $1,976.00 | 0.17% |
| Client 12 | $5,000.00 | $0.00 | | $5,000.00 | 0.42% |
| Client 13 | $2,018.00 | $0.00 | | $2,018.00 | 0.17% |
| Client 14 | $13,540.00 | ($4,000.00) | | $9,540.00 | 0.80% |
| Client 15 | $2,000.00 | ($1,700.00) | | $300.00 | 0.03% |
| Client 16 | $1,975.00 | $0.00 | | $1,975.00 | 0.17% |
| Client 17 | $1,030.00 | $0.00 | | $1,030.00 | 0.09% |
| Client 18 | $9,050.00 | ($1,000.00) | | $8,050.00 | 0.68% |
| Client 19 | $8,175.00 | $0.00 | | $8,175.00 | 0.69% |
| Client 20 | $56,800.00 | ($5,250.00) | | $51,550.00 | 4.33% |
| Client 21 | $7,700.00 | $0.00 | | $7,700.00 | 0.65% |
| Client 22 | $20,000.00 | ($6,500.00) | | $13,500.00 | 1.13% |
| Client 23 | $10,000.00 | $0.00 | | $10,000.00 | 0.84% |
| Client 24 | $2,000.00 | $0.00 | | $2,000.00 | 0.17% |
| Client 25 | $2,000.00 | ($7,000.00) | ($5,000.00) | $0.00 | 0.00% |
| Client 26 | $2,500.00 | ($1,600.00) | | $900.00 | 0.08% |
| Client 27 | $26,589.50 | $0.00 | | $26,589.50 | 2.23% |
| Client 28 | $13,000.00 | ($2,000.00) | | $11,000.00 | 0.92% |
| Client 29 | $22,000.00 | $0.00 | | $22,000.00 | 1.85% |

| Client | Amount Invested | Amount Returned | Excess Amount Returned | Restitution Owed | % of total |
|---|---|---|---|---|---|
| Client 30 | $2,000.00 | $0.00 | | $2,000.00 | **0.17%** |
| Client 31 | $17,300.00 | $0.00 | | $17,300.00 | **1.45%** |
| Client 32 | $20,800.00 | ($15,000.00) | | $5,800.00 | **0.49%** |
| Client 33 | $9,300.00 | $0.00 | | $9,300.00 | **0.78%** |
| Client 34 | $9,000.00 | $0.00 | | $9,000.00 | **0.76%** |
| Client 35 | $2,965.00 | $0.00 | | $2,965.00 | **0.25%** |
| Client 36 | $15,000.00 | ($500.00) | | $14,500.00 | **1.22%** |
| Client 37 | $34,960.00 | ($20,000.00) | | $14,960.00 | **1.26%** |
| Client 38 | $5,000.00 | $0.00 | | $5,000.00 | **0.42%** |
| Client 39 | $7,000.00 | ($4,000.00) | | $3,000.00 | **0.25%** |
| Client 40 | $16,178.20 | $0.00 | | $16,178.20 | **1.36%** |
| Client 41 | $9,592.60 | ($57,500.00) | ($47,907.40) | $0.00 | **0.00%** |
| Client 42 | $2,000.00 | $0.00 | | $2,000.00 | **0.17%** |
| Client 43 | $2,000.00 | $0.00 | | $2,000.00 | **0.17%** |
| Client 44 | $2,000.00 | $0.00 | | $2,000.00 | **0.17%** |
| Client 45 | $12,000.00 | ($500.00) | | $11,500.00 | **0.97%** |
| Client 46 | $20,000.00 | $0.00 | | $20,000.00 | **1.68%** |
| Client 47 | $5,000.00 | $0.00 | | $5,000.00 | **0.42%** |
| Client 48 | $2,000.00 | ($4,970.00) | ($2,970.00) | $0.00 | **0.00%** |
| Client 49 | $11,486.57 | ($3,003.00) | | $8,483.57 | **0.71%** |
| Client 50 | $10,000.00 | $0.00 | | $10,000.00 | **0.84%** |
| Client 51 | $75,000.00 | ($85,000.00) | ($10,000.00) | $0.00 | **0.00%** |
| Client 52 | $2,000.00 | | | $2,000.00 | **0.17%** |
| Client 53 | $1,975.00 | $0.00 | | $1,975.00 | **0.17%** |
| Client 54 | $20,000.00 | $0.00 | | $20,000.00 | **1.68%** |
| Client 55 | $8,090.00 | $0.00 | | $8,090.00 | **0.68%** |
| Client 56 | $9,975.00 | $0.00 | | $9,975.00 | **0.84%** |
| Client 57 | $5,000.00 | $0.00 | | $5,000.00 | **0.42%** |
| Client 58 | $15,000.00 | ($71,000.00) | ($56,000.00) | $0.00 | **0.00%** |

| Client | Amount Invested | Amount Returned | Excess Amount Returned | Restitution Owed | % of total |
|---|---|---|---|---|---|
| Client 59 | $4,000.00 | ($4,000.00) | | $0.00 | 0.00% |
| Client 60 | $10,960.00 | ($2,980.00) | | $7,980.00 | 0.67% |
| Client 61 | $10,000.00 | ($20,714.00) | ($10,714.00) | $0.00 | 0.00% |
| Client 62 | $9,980.00 | ($5,000.00) | | $4,980.00 | 0.42% |
| Client 63 | $2,480.00 | ($3,500.00) | ($1,020.00) | $0.00 | 0.00% |
| Client 64 | $9,980.00 | $0.00 | | $9,980.00 | 0.84% |
| Client 65 | $13,875.00 | ($13,190.00) | | $685.00 | 0.06% |
| Client 66 | $19,980.00 | $0.00 | | $19,980.00 | 1.68% |
| Client 67 | $4,647.00 | $0.00 | | $4,647.00 | 0.39% |
| Client 68 | $31,145.70 | $0.00 | | $31,145.70 | 2.61% |
| Client 69 | $6,000.00 | $0.00 | | $6,000.00 | 0.50% |
| Client 70 | $3,000.00 | $0.00 | | $3,000.00 | 0.25% |
| Client 71 | $104,117.22 | | | $104,117.22 | 8.74% |
| Client 72 | $10,000.00 | $0.00 | | $10,000.00 | 0.84% |
| Client 73 | $1,527.53 | $0.00 | | $1,527.53 | 0.13% |
| Client 74 | $1,973.20 | $0.00 | | $1,973.20 | 0.17% |
| Client 75 | $2,490.00 | $0.00 | | $2,490.00 | 0.21% |
| Client 76 | $2,000.00 | $0.00 | | $2,000.00 | 0.17% |
| Client 77 | $2,000.00 | $0.00 | | $2,000.00 | 0.17% |
| Client 78 | $2,000.00 | ($2,000.00) | | $0.00 | 0.00% |
| Client 79 | $1,975.00 | ($3,600.00) | ($1,625.00) | $0.00 | 0.00% |
| Client 80 | $3,000.00 | $0.00 | | $3,000.00 | 0.25% |
| Client 81 | $44,420.00 | ($3,250.00) | | $41,170.00 | 3.46% |
| Client 82 | $2,005.00 | ($4,030.00) | ($2,025.00) | $0.00 | 0.00% |
| Client 83 | $1,980.00 | ($3,860.00) | ($1,880.00) | $0.00 | 0.00% |
| Client 84 | $5,000.40 | $0.00 | | $5,000.40 | 0.42% |
| Client 85 | $2,000.00 | $0.00 | | $2,000.00 | 0.17% |
| Client 86 | $14,950.00 | ($4,000.00) | | $10,950.00 | 0.92% |
| Client 87 | $1,990.00 | ($37,000.00) | ($35,010.00) | $0.00 | 0.00% |

| Client | Amount Invested | Amount Returned | Excess Amount Returned | Restitution Owed | % of total |
|---|---|---|---|---|---|
| Client 88 | $10,000.00 | $0.00 | | $10,000.00 | 0.84% |
| Client 89 | $9,982.00 | $0.00 | | $9,982.00 | 0.84% |
| Client 90 | $5,000.00 | $0.00 | | $5,000.00 | 0.42% |
| Client 91 | $4,965.35 | $0.00 | | $4,965.35 | 0.42% |
| Client 92 | $100,000.00 | $0.00 | | $100,000.00 | 8.39% |
| Client 93 | $10,000.00 | $0.00 | | $10,000.00 | 0.84% |
| Client 94 | $4,725.00 | $0.00 | | $4,725.00 | 0.40% |
| Client 95 | $5,200.00 | $0.00 | | $5,200.00 | 0.44% |
| Client 96 | $10,000.00 | $0.00 | | $10,000.00 | 0.84% |
| Client 97 | $4,685.00 | ($2,000.00) | | $2,685.00 | 0.23% |
| Client 98 | $3,300.00 | $0.00 | | $3,300.00 | 0.28% |
| Client 99 | $20,000.00 | $0.00 | | $20,000.00 | 1.68% |
| Client 100 | $1,973.00 | | | $1,973.00 | 0.17% |
| Client 101 | $1,990.00 | $0.00 | | $1,990.00 | 0.17% |
| Client 102 | $8,000.00 | ($1,000.00) | | $7,000.00 | 0.59% |
| Client 103 | $10,000.00 | $0.00 | | $10,000.00 | 0.84% |
| Client 104 | $2,070.00 | | | $2,070.00 | 0.17% |
| Client 105 | $6,230.00 | ($2,000.00) | | $4,230.00 | 0.36% |
| Client 106 | $5,100.00 | $0.00 | | $5,100.00 | 0.43% |
| | **$1,536,782.47** | **($519,647.00)** | **$174,151.40** | **$1,191,286.87** | **100.00%** |