**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CASPER MIKKELSEN, a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller," | ) ) ) ) |
| Defendant. | ) ) ) ) |

**1:20 Civ. 03833 (JPC)**

**CLERK'S CERTIFICATE OF DEFAULT**

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that on May 18, 2020 this action was commenced with the filing of a summons and complaint and that on October 19, 2021, a copy of the summons and complaint was served on defendant CASPER MIKKELSEN, a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller" ("Mikkelsen") in compliance with Article 6 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents and Chapter 17 of the Danish Administration of Justice Act. (ECF Nos. 57 and 57-1). A certificate of service was filed with the Court on November 23, 2021. *Id.* I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Mikkelsen is hereby noted.

Dated: New York, New York
        December 10, 2021

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk