UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 20-cv-3833 (JPC) ) |
| CASPER MIKKELSEN, a/k/a "Carsten Nielsen," a/k/a "Brian Thomson," a/k/a "Thomas Jensen" and a/k/a "Casper Muller," | ) Proof of Service ) ) ) |
| Defendant. | ) ) ) ) |

I, Judith M. Slowly, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

## I.     SUMMARY

1.     I am a Futures Trading Investigator in the above-captioned litigation.

2.     On May 18, 2020, Xavier Romeu-Matta filed a complaint with the Court via ECF. *See* ECF No. 1.

3.     On February 7, 2022, the Commission filed a letter brief addressing the Court's inquiry whether a defendant's ability to pay should be considered when determining an appropriate civil monetary penalty ("Letter Brief").  (ECF No. 77).  On February 8, 2022, the Commission placed a copy of the Letter Brief in a sealed mailing envelope ("Letter Envelope") and gave the Letter Envelope to DHL International, an international shipping and courier delivery service and a non-party to this action that uses couriers of at least 18 years of age ("DHL International"), bearing tracking/waybill number 1575241463 ("Waybill"), and addressed it to Defendant at his address in Kolding, Demark ("February 8, 2022 Mailing").  Exhibit A, Waybill.

1

4. On February 10, 2022, DHL delivered the Letter Envelope to Defendant by leaving the February 8, 2022 Mailing in his mailbox at his address in Kolding, Denmark Address.  Exhibit B, Tracking; Exhibit C, Proof of Delivery.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17 day of February, 2022.

/s/ Judith M. Slowly

Judith M. Slowly

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of this Proof of Service was mailed on February 17, 2022 to Defendant at his address in Kolding, Denmark via DHL International.

/s/ Judith M. Slowly