**DHL** Express | **DOX** | **EXPRESS WORLDWIDE** Online Retailer (SR)

Origin: ZYP

From: Ogbuagu, Shantel
Shantel Ogbuagu  Phone: 202-352-0099
140 Broadway
New York NY 10005 US

To: Casper Mikkelsen
Fynsvej 38 ST

6000, Kolding
Denmark

Contact: Casper Muller
2023520099

**DK-BLL**

Day    Time

Date: 2022-02-08    Shpt Weight: 1 lb    Piece: 1/1

Ref Code: 0123922
Account No.:

Content: Docs

These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited. Shipment may be carried via intermediate stopping places which DHL deems appropriate.

WAYBILL 15 7524 1463

(2L)DK6000+4200000

Handwritten in red: "Receiver's Signature required."