# Tracking Results

## Summary

✓ Waybill Number **1575241463**
**Delivered**
Get Proof of Delivery

Thursday, February 10, 2022 at 9:33 AM
Origin Service Area:
**EAST WINDSOR, NJ - USA**
Destination Service Area:
**BILLUND - DENMARK**

1 Pieces

| Thursday, February 10, 2022 | | Location | Time | Pieces |
|---|---|---|---|---|
| 13 | Delivered | BILLUND - DENMARK | 9:33 AM | 1 Pieces |
| 12 | Shipment is out with courier for delivery | BILLUND - DENMARK | 8:24 AM | 1 Pieces |
| 11 | Arrived at DHL Sort Facility BILLUND - DENMARK | BILLUND - DENMARK | 7:34 AM | 1 Pieces |
| 10 | Shipment has departed from a DHL facility BILLUND - DENMARK | BILLUND - DENMARK | 6:57 AM | 1 Pieces |
| 9 | Shipment is in transit to destination BILLUND - DENMARK | BILLUND - DENMARK | 6:57 AM | 1 Pieces |
| 8 | Shipment has departed from a DHL facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 5:06 AM | 1 Pieces |
| 7 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 12:44 AM | 1 Pieces |

| Wednesday, February 09, 2022 | | Location | Time | Pieces |
|---|---|---|---|---|
| 6 | Arrived at DHL Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 10:24 PM | 1 Pieces |
| 5 | Shipment has departed from a DHL facility NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 8:39 AM | 1 Pieces |
| 4 | Processed at NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 12:46 AM | 1 Pieces |

| Tuesday, February 08, 2022 | | Location | Time | Pieces |
|---|---|---|---|---|
| 3 | Shipment has departed from a DHL facility EAST WINDSOR - USA | EAST WINDSOR, NJ - USA | 9:13 PM | 1 Pieces |
| 2 | Processed at EAST WINDSOR - USA | EAST WINDSOR, NJ - USA | 7:06 PM | 1 Pieces |
| 1 | Shipment picked up | EAST WINDSOR, NJ - USA | 3:22 PM | 1 Pieces |