

14 February 2022

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 1575241463.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 1575241463 was delivered on 10 February 2022 at 09.33**

| | | | |
|---|---|---|---|
| **Signed** | | **Destination Service Area** | BILLUND<br>DENMARK |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600009501202141 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | EAST WINDSOR<br>UNITED STATES OF AMERICA |
| **Picked Up** | 08 February 2022 at 15.22 | **Shipper Reference** | 0123922<br>1575241463US20220208180101306 |